**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR275** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **LARRY MARTENS,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on defendant Larry Martens's (Martens) motion to seal (Filing No. 19). Martens is requesting an order permitting him to file a "Motion to Reopen Detention and Allow Release" under seal. Upon consideration,

**IT IS ORDERED:**

1. The motion to seal (Filing No. 19) is granted.

2. The defendant shall file his "Motion to Reopen Detention and Allow Release" under seal.

DATED this 27th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge